IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE MEACHAM, | ) |
| | ) |
| Plaintiff, | ) No. 1:21-cv-02343 |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| United States Department of Education, | ) |
| | ) Judge Steven C. Seeger |
| Defendant. | ) Magistrate Judge M. David Weisman |

**COMPLAINT: Charged for the Privilege of Being Robbed**

Plaintiff Rose Meacham, pro se, brings this Complaint against United States Board of Education, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*, as amended ("Title VII"), the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq.* ("ADA"), and Title IX of the Education Amendments of 1972, 20 U.S.C. §1681, *et seq.* ("Title IX"). The Complaint alleges, among other things, that Defendant is acting outside its appointed position and abusing its power to invest in the failure of students, with a prejudice against protected classes. It also facilitates and encourages a system of labor exploitation and abuse of protected class students through its unlawful regulations and failure to meet Civil and Federal Laws within its own office. If Defendant is not held accountable for its collective harm against protected class students like the Plaintiff, these systems of financial exploitation disguised as public interest government offices, will build a surf class of unpaid, underpaid student laborers too desperate for even a basic living wage to risk losing their jobs – too hungry to report these labor abuses and Title IX abuses outlined in this Complaint, which Defendant is nurturing with its intentional dysfunction.

1

As alleged in detail below, from approximately Fall 2015 through the filing of this Complaint, Defendant has subjected Plaintiff to a widespread and continuous pattern of unlawful discrimination, including unlawful prejudiced based harm by misreporting Plaintiff's Status with her Student Loan payments while she was attending University. Subsequently, Defendant is now exploiting their unlawful harm against Meacham by stealing Meacham's tax reimbursement which she uses to pay for her disability medical fees and other required expenses to live and gain employment. Meacham has been a registered Independent Contractor, owns her own Intellectual Property, and runs volunteer organizations to aid underprivileged persons in her community. Defendant has impeded Meacham's ability to gain employment as an Independent Contractor by continuing to harm Meacham with unlawful garnishing of her tax reimbursement checks and other necessary Federal Funds Meacham requires to live. Meacham's volunteer work and aid to underprivileged persons in her community harms many protected classes who share Meacham's minority status. Namely, Plaintiff is a disabled person, a woman, a gender nonbinary person, belonging to the Jewish religion, an older age person in a male dominated field known as STEM (Science, Technology, Engineering, Math.

Furthermore, Plaintiff is unable to procure value and gain return on her investment in her education at Bard College, New York University, or elsewhere, due to this ongoing, unresolved harm against Meacham, a disabled, older nonbinary Jewish woman working in STEM. The Student Loans for Bard College were taken out by an individual other than the Plaintiff – which means they are in fact fraudulent loans under Meacham's name that are damaging her credit and harassing her with payment demands on a monthly basis. The Defendant falsely reported the Plaintiff defaulted on all Student Loans awarded to Plaintiff for New York University, when in fact Meacham was enrolled as a PhD Student. The Defendant was made aware of all of these

aforementioned crimes but continually refuses to rectify these damages by correcting the false reports of default and by correcting the name that the loans are under so it reflects the person's name who actually took the loans out. The financial damages and irreversible career delays and harms that are a direct result of the Defendant's crimes against Meacham has made it impossible for Meacham to make use of the degrees that she paid for with these Student Loans. Meacham is in actual fact still a student and has not yet even been able to use the degrees she paid for to gain employment due to the Defendant's ongoing harm against her.

Thus, the Defendant's unlawful discrimination and harm against Meacham based on her protected classes has rendered the original value of Meacham's Student Loans null and void. **Any value Meacham stood to gain from these Student Loans was rendered unattainable by the very design of the loans themselves and the Defendant's manner of applying them.**

I. **Jurisdiction and Venue.**

1. This Court has original jurisdiction of Plaintiffs' claims pursuant to 28 U.S.C. §§1331 and 1343(a)(4), and 42 U.S.C. §§2000e-5(f)(1) and (3).

2. Venue where Plaintiff is currently enrolled as a Graduate Student Employee lies within this District pursuant to 28 U.S.C. §1391, because Defendant resides in this District in that it is subject to the Court's personal jurisdiction with respect to this action.

II. **The Parties.**

3. Plaintiff was a student at University of Nottingham in Nottingham, England and employed by University of Nottingham September 2015 through August 2016 (discussions regarding enrollment and employment status continued through May 2017. At this time Plaintiff accepted an alternate offer from University of Illinois from 2017 which is still ongoing presently. Plaintiff has used her background to major as a PhD Student in the field of

3

Computational Neuroscience and has already worked for the top three tech companies in the world, including Google, Apple, and Adobe. Her credentials make her a valued student employee with a bright, promising future to innovate her field. Additionally, as a disabled nonbinary woman, her unique perspective gives her the rare ability to build technology and medical research for the future that has the potential to elevate underrepresented persons in our country. Meacham's track-record in community service and outreach proves her intent to make her own financial investment in her education a benefit to humanity at large.

4. In her multiple attempts to file documents with the United States Board of Education regarding her enrollment status at her Universities, Defendant discriminated against her based on her sex, gender, age and disability and is harming her by garnishing her wages, tax returns thus making it impossible for Plaintiff to live or receive disability services. Absolutely zero disability services or accommodations of any kind are given to students with Plaintiff's protected classes. On the repeat incidents where Plaintiff requested disability services and accommodations throughout the filing processes regarding her Student Loans, the Defendant refused to give anything. It is unlawful that the United States Board of Education is not up to code for the aforementioned laws including Title IX, Title VII, ADA Laws, and more. Additionally, no accommodations whatsoever are given to women and nonbinary people who are involved in labor and educational disputes based on Title IX reporting incidents. When Plaintiff has made attempts to correct these harms and reverse the incorrect reporting of Meacham's status as a student, the Defendant refuses. Therefore, Plaintiff has no other option to resolve these harms against her but to file Federal Lawsuits. Plaintiff has medical and neurobiological disabilities.

5. Plaintiff currently resides at Hyde Park Places: 5540 S Hyde Park Blvd, Apt 527, Chicago, IL 60637

6. Defendant **United States Department of Education** is a recipient of federal funds and in charge of managing federal funds within the meaning of Title IX, Title VII, ADA Laws, and is serving the public, namely improving lives of students and the future of American Labor and American Progress.

7. During the period of 2003-present, Defendant was charging Plaintiff fees associated with the Student Loans in question and these fees are always paid on-time.

8. When Plaintiff relocated to Nottingham, England to finish her education, Defendant refused to file her student status paperwork truthfully and refused to provide Disability services and accommodations based on Plaintiff's protected classes.

9. Defendant is currently harming the Plaintiff to the extent that she is unable to afford basic life necessities or purchase products and services she requires to do her jobs. For example, in 2017 Plaintiff's tax returns were garnished in the amount exceeding $8,500 in refunds she incurred as an Independent Contractor, Student Employee, and Disabled Person. The damages suffered included not being able to purchase proper transportation for her new job at University of Illinois, as well as being forced to incur debts to afford required medical treatments.

10. Prior to 2020, Plaintiff was residing at her place of academic employment in Urbana-Champaign, Illinois near University of Illinois. Due to the COVID-19 pandemic, Plaintiff moved to Chicago and is now enrolled at University of Illinois' Chicago campus.

11. Plaintiff is unable to rent apartments, rent cars, apply for credit cards, apply for student loans, or function normally as an adult due to the financial harms of her Student Loans.

12. Plaintiff's medical disabilities are worsening due to the financial harms of her Student Loans, rendering her unable to work successfully without accommodations in most types of jobs.

13. Plaintiff is simply requesting that these acts of harm be reversed by reporting her as a student enrolled 2012-present, correcting the amounts owed, such as removing any and all penalty fees, placing a hold on incurring interest, refunding Plaintiff's moneys in unlawfully garnished tax returns and wages.

14. Unfortunately due to the impact of the ongoing harms against Plaintiff, she is unable to pay taxes or function as a normal adult until these damages are reversed. She asks for a quick and speedy resolution to this Federal Lawsuit in order to resume her normal daily activities and life as a productive adult.

### III. Defendant's Discrimination, Harassment, Denial of Resources, and Harm Based on Disability.

15. Plaintiff has demonstrated competence in filing her paperwork for Bard College Student Loans since 2007 and all of her payments have been on-time to this day. When Plaintiff required disability services and accommodations during the filing process in 2015 she was denied crucial services and accommodations repeatedly despite the fact this is unlawful. Overseas in England, Plaintiff continued to attempt to file, incurring phone bills for unreasonably delayed wait times, unclear instructions, argumentative phone operators and agents who refused to file her documents truthfully. Meacham was informed by said agents that the Defendant is not equipped to correct incorrect reports filed about students, nor are they equipped to provide disability services or accommodations. The garnishing of her moneys is

making it impossible for Meacham to afford necessary living expenses, including disability services and medical expenses she requires to live.

16. Additionally, the Plaintiff's mother was able to take out loans under the Plaintiff's name in 2003, despite the fact that Meacham was an adult at the time. Meacham reported this act of fraud to the Defendant, requesting that Defendant change the loans to be in the Plaintiff's mother's name, however **the Defendant refuses to place these loans under the name of the person who took them out.** As a result of the Defendant's unlawful policies that do not even confirm identity and due to the fraudulent activities of harm against the Meacham by Defendant, her credit has been damaged since she was a young adult and even while she was still enrolled in her undergraduate program at Bard College, 2003-2007. The nature of these predatory loans is that the interest accrues during enrollment, which means while students are studying and unable to hold jobs to even make these required payments, the loans are being reported as not paid but growing in the total amount owed. This is unlawful. The negative results of these unlawful acts of fraud and harm were so bad Meacham was unable to rent her own apartment when she graduated from college. The damages have impaired her entire life with devastating financial limitations that even delayed Meacham's ability to enter graduate school, thus altering the course of her life and timing of her PhD Degree. Meacham had planned on completing an accelerated track to earn her PhD in Psychology and even completed college-level courses in High School, while declaring her intended major of Psychology ahead of other students when she was still a teenager. This was a goal of hers that was blocked due to this unrestrained government office that is meant to support students so they can reach their goals. To harm students like me while I am still enrolled in school is unlawful. The Defendant's

7

harmful irresponsibility to encourage fraud robbed me of my career, and charged me for the privilege of being robbed by Defendant and Defendant's facilitated Student Loans.

17. In fact, the Plaintiff never would have agreed to the Defendant's loans and those the Defendant facilitated, had the Plaintiff known what the loans were. When the Plaintiff decided between undergrad colleges she had a near full-ride offer at Smith College, where she would have been free of any Student Loans when she graduated. The offer from Smith College would have left Meacham debt-free and their Psychology Department, which was her major, is superior to Bard College. Had Meacham been made aware of the loans associated with Bard College, she would have clearly taken the offer with full tuition fees waived. It is unlawful for the Defendant to harm students, who are disabled like the Plaintiff and who are intentionally made unaware of the details of these loans. Doing this at the policy level exploits the limitations of disabled individuals in a targeted, discriminatory and predatory fashion to profit financially from financially ruining these protected class students. The Plaintiff's federal charges assert that the Defendant has exceeded its government appointed role to facilitate student loans to commit intentional criminal acts of unreasonable, crippling financial debt and harm for its own profit. These federal charges also assert that the Defendant is using intentional negligence and intentionally dysfunctional services (such as call wait times, bureaucratic errors with no procedures to correct them and agents who are instructed not to correct these errors, zero disability services to clarify Student Loans, etc.) to commit these acts of harm and evade their legal obligation to put new policies in place to ensure this degree of financial devastation is not being waged against students. **The Defendant is in effect not functioning as a government office in service of students, but as an industry of financial exploitation targeting protected classes.** No student should be forced to live in financial devastation because a loan

officer filed loans under the wrong name without using proper methods to confirm identity – and no student should be forced to live in financial devastation due to intentionally misleading policies, targeting and preying off of disabled students. The Defendant should not be permitted to continue using dysfunctional services where errors are committed and there is no consequence if they refuse to correct these errors – especially when committing the errors profits the Defendant at the expense of the student.

IV. **Defendant's Discrimination, Harassment, Denial of Resources, and Harm Based on Sex.**

18. Plaintiff reported sexual harassment, assault and rape during her PhD in Nottingham, England during an unpaid Internship with Google DeepMind. Her supervisor in University of Nottingham wanted funding from Google and refused to work with the Plaintiff after she reported these Title IX incidents. As a result, University of Nottingham and Plaintiff's legal representatives were in discussions about her academic standing through 2017. A resolution has still not been met and Plaintiff is still in conversations with law firms to correct damages from these incidents, which have been life-changing. The Defendant refused to offer any Title IX services, accommodations or work with Meacham in any way to handle her Student Loans during this traumatic and life-altering emergency. In fact, the Defendant is not currently in compliance with any Title IX, Title VII, ADA Laws, and more because it gives their offices the unlawful opportunity to financially prey on victims while they are defenseless and in their weakest moments. The amount of money Defendant is making from their intentional and unlawful harm of me based on my protected classes is in the tens of thousands each year from interest, fees, and garnished moneys. There have been countless scientific

publications exploring statistical data to understand why there are not more women in STEM – I believe we are looking at the answer right now in these Federal Case documents.

V. **Defendant's Discrimination, Harassment, Denial of Resources, and Harm Based on Gender.**

19. Plaintiff is a nonbinary gender woman and had plans to start a family using the garnished moneys from her wages and tax refunds. In 2017-present Meacham is unable to afford any of the required medical treatments or surgeries required to have children. Meacham can prove through medical examinations and Fertility Clinic records that this has been, in fact, Meacham's plan to have a family in this more modern way since forever – medical documentation started in 2009. Meacham was in-fact working as a Student Intern in California briefly in 2017, again in 2018-2019 when she missed her opportunity to begin this process due to Defendants harms against her. For a government service aimed to enrich the lives of students, the Defendant has ruined Meacham's life by intentionally harming her financially with full understanding they had unlawfully reported her student status, but Defendant still refuses to stop doing so. Defendant is therefore causing irreversible harms due to their systemic prejudice, negligence, non-compliance with Civil and Federal Laws, and dismissal of the very people they are serving.

20. The unlawful harm against the Plaintiff is malicious and intentionally lacks human decency to the point of being inhumane. Meacham was forced to suffer homelessness and starvation as a direct result of the Defendants damages to her. After Meacham reported rape, assault and sexual harassment during her PhD in England 2015-2016, Defendant made it impossible for Meacham to pay for new housing or food. Defendant had refused to file Meacham's student enrollment forms truthfully. Defendant intentionally reported Meacham as

10

defaulting on a Student Loan while she was enrolled in a Doctoral Computer Science Program at University of Nottingham in England. Additionally, Defendant refused to correct the error and refused to accept new documents Meacham sent which means they intentionally falsely reported Meacham, showing no mercy for her as she was in the middle of reporting sex based crimes in her school. Intentionally harming Meacham while she was reporting Title IX crimes about rape is inhumane and the Defendant needs to be punished in a way that Defendant is forced to change its policies so this never happens again to another woman. Overcharging a woman and financially harming her to the point of homelessness in the middle of a rape case is just beyond words and is the single worst ordeal of my life that no amount of money or reparations can ever repair. I was physically abused by during my academic Internship – made to feel like my body was not my own and that I as a human being was worthless garbage my attacker did not even think twice about harming just for a single act. And the Defendant's agents went after me with the faceless metal grasp of the machine used to churn out students every year – moving my body into the pile of those that are set to be punished. I did not do anything wrong – I was a fully enrolled student but the Defendant refused to correct their unlawful harm against me, and did so during a time when this type of act has irreversible damages you can never repay. To then be forced to sleep in an abandoned building, fearing how I will buy food… there is no bureaucratic excuse the United States Department of Education can give for their acts of harm against me. These acts of harm need to be corrected.

21. As a result of Defendant's false reports about Plaintiff's student status and unlawful demands for payment when Meacham was a student, her credit showed incorrectly that she defaulted on her Student Loans when in fact she had not. Defendants refused to correct these false reports about Meacham. Defendants refused to offer any services or relief to correct

11

these unlawful mischaracterizations about Meacham's finances. As a direct result of Defendant's harm against Meacham, during 2016-2017 Meacham was unable to finish her graduate degree, unable to qualify for small loans to accept new PhD offers from other universities, and her credit score was so low she was unable to qualify for residences and pay for rent and pay for food – Meacham was homeless and starving due to Defendant's unlawful and inhumane harm of her.

VI. **Defendant's Discrimination, Harassment, Denial of Resources, and Harm Based on Age.**

22. Plaintiff can, **unfortunately and devastatingly**, also prove that for women electing to have children in this modern way, there are biological limitations and strict deadlines for doing so. Meacham is currently in the final year, age 36, for the only medically safe time for her to have children. Now there will be huge medical risks, health complications, and risks for permanent harms to her children and herself when she engages in this process. Due to the fact she is also disabled, there are even worse medical impacts on her own physical body now due to Defendant's financial harms against her.

23. Plaintiff is an older woman in STEM. In fact, Plaintiff is more than 12-15 years older than other students she is competing with in her school. Defendant has caused irreversible damages to Meacham's career because of their unlawful changes to her student enrollment status and therefore her financial credit scores. Because of Plaintiff's age the Defendant refuses to offer academic scholarships and funding to her based on her protected classes. Additionally, due to the facts that the Defendant is not up to code with Title IX, Title VII, ADA Laws and civil and Federal Laws for protected classes, none of the delays caused by her Title IX reports and Whistleblower Acts were factored into the processing of Student Loan documents. As a result of this systemic prejudice, refusal to follow Civil and Federal Laws for protected classes,

Defendant is refusing to make it possible for Plaintiff to finish her PhD Degrees which are required in order to repay her Student Loans and have a quality of life as an older, disabled, nonbinary gender woman. As mentioned, the costs associated with Plaintiff's Disability Services and medical requirements for her chosen method of childbirth, offset by the Defendants charges require Meacham earn more than other people without her protected classes. This places her at an unfair disadvantage in life upon graduation. This should be factored into interest rates and fees, but nothing is done by Defendant to ensure the value of the Student Loan investment is equivalent for students belonging to protected classes.

24. The Queens Mary College, Oxford University, Royal College of Art, and Goldsmith University in England all offered Meacham PhD admission after her adviser refused to work with her because she reported rape (during an unpaid internship with a major financer). In order to begin in these Doctoral Programs, Meacham needed funding for her first year but she was ineligible for any student grants, loans, or even credit cards due to the unlawful harms from Defendant. The value of these PhD Degree offers is in the hundreds of thousands of dollars and would have entitled Meacham to a salary ~$175,000-~$250,000 upon graduation. These salary figures are confirmed by the offers made to Meacham previously from the top tech companies in the world such as Google, Apple, Adobe, Microsoft, and others. Meacham had always planned to use these high salaries to pay off her Student Loans in-full within the first 2 years of graduating. This has been successfully done by many of Meacham's colleagues who are male and offered positions in the same companies and exact same industry – however due to the fact Meacham is a woman, gender nonbinary, disabled and older, the Defendant is unlawfully discriminating against her and harming her to the point she is unable to ever repay her loans.

25. Lastly, Plaintiff invested over $300,000 into her academic education which is proven to have a fair return on investment, as seen in other students graduating from her same schools. However, due to this prejudiced unfair treatment of Meacham, based on her protected classes, she is now unable to receive the same return on her investment as other students who do not share her protected classes. For example, this is most obvious in Meacham's Intellectual Property, which is valued at over $500,000. However, Meacham now lacks the ability to apply for start-up business loans – she cannot even apply for a credit card – due to the Defendants unlawful harms against her. This causes irreversible damages to Meacham's life, career, ability to even use the degrees she has paid for and went into debt with Defendant to pay for in the first place. These acts of harm by Defendant against Meacham also harm other government offices who are now paying subsidies to Meacham as a direct result of Defendants harming of her. In other words, Meacham would not need to request government assistance if Defendant was not harming her. Similarly, Meacham would be able to repay her Student Loans in full by the year 2025 if Defendant was not harming her. The fact that Defendant's harm of Meacham causes damages to other government offices makes these unlawful policies that target protected classes with harm, all the more serious. The Defendant is in fact not doing its job. Furthermore, the Defendant is actively harming students with protected classes to the point they become dysfunctional members of society which harms us all – especially the Federal Government who picks up the tab.

### VII. Damages Suffered by Plaintiff.

26. As a result of Defendant's unlawful discrimination, harassment, denial of resources and harm, Plaintiff is unable to complete her Doctoral Degree in a reasonable amount of time.

Additionally, Plaintiff is unable to repay any of her Student Loans. Plaintiff is unable to function normally as a member of society, which is evidenced in examples such as her inability to pay taxes, inability to pay medical expenses, inability to pay disability services, inability to pay for or apply for company start-up fees, unable to qualify for credit cards, unable to qualify for residential leases, unable to gain small housing loans, unable to rent cars, unable to apply for student loans, and so forth. More seriously, Plaintiff is unable to safely have children based on her protected classes. Plaintiff has been reported dishonestly by Defendant to credit bureaus Plaintiff's credit score has been permanently damaged. Plaintiff has suffered irreversible character and reputation damages as a result of Defendants harm. Plaintiff has lost 6 different PhD Offers and suffered irreversible career damages and losses as a result of Defendants harm. Plaintiff has had her tax returns and wages garnished. Plaintiff's Student Loan amount owed is now being totaled incorrectly and the fees, and interest have been applied unlawfully.

## COUNT I -- VIOLATION OF TITLE VII

27. Plaintiff repeats, realleges, and incorporates the previous allegations as though fully set forth herein.

28. Defendant's unlawful discrimination, harassment, denial of resources, false reporting, and harms against Plaintiff were in violation of the rights secured to her by Title VII.

29. By the conduct described above, Defendant intentionally violated Plaintiff's rights under Title VII and is still refusing to correct said violations.

30. As a result of the violations of her Title VII rights, Plaintiff is entitled to equitable relief, including "make-whole" remedies and equitable monetary relief, to remedy and compensate for the effects of Defendant's unlawful actions.

31. As a result of Defendant's intentional violation of Plaintiff's Title VII rights, she has suffered emotional distress, lost substantial wages, character and reputation damages, she has suffered starvation and homelessness, she is unable to finish her Doctoral Degree, unable to start her organizations and companies using the Intellectual Property she made in school (i.e. unable to earn returns on Student Loan investments), suffered physical damages, and she is unable to start a family.

32. In its discriminatory and retaliatory actions as alleged above, Defendant has acted with malice or reckless indifference to Plaintiff's rights, thereby entitling her to an award of punitive damages.

33. To remedy the violations of Plaintiff's rights secured by Title VII, Plaintiff requests that the Court award the relief prayed for below.

## COUNT II -- VIOLATION OF TITLE IX

34. Plaintiff repeats, realleges, and incorporates all previous allegations as though fully set forth herein.

35. Defendant's unlawful discrimination, harassment, denial of resources, false reporting, and harms against Plaintiff were in violation of the rights secured to her by Title IX.

36. By the conduct described above, Defendant intentionally violated Plaintiff's rights under Title IX and is still refusing to correct these violations.

37. As a result of the violations of her Title IX rights, Plaintiff is entitled to equitable relief, including "make-whole" remedies and equitable monetary relief, to remedy and compensate for the effects of Defendant's unlawful actions.

38. As a result of Defendant's intentional violation of Plaintiff's Title IX rights, she has suffered emotional distress, lost substantial wages, character and reputation damages, she

has suffered starvation and homelessness, she is unable to finish her Doctoral Degree, unable to start her organizations and companies using the Intellectual Property she made in school (i.e. unable to earn returns on Student Loan investments), suffered physical damages, and she is unable to start a family.

39. In its discriminatory and retaliatory actions as alleged above, Defendant has acted with malice or reckless indifference to Plaintiff's rights, thereby entitling her to an award of punitive damages.

40. To remedy the violations of Plaintiff's rights secured by Title IX, Plaintiff requests that the Court award the relief prayed for below.

### COUNT III -- VIOLATION OF THE ADA

41. Plaintiff repeats, realleges, and incorporates all previous allegations as though fully set forth herein.

42. Plaintiff is an individual with a disability and/or a record of a disability within the meaning of the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq.*

43. Defendants' unlawful conduct based upon Plaintiff's disability was in violation of the rights secured to her by the ADA.

44. By the conduct described above, Defendant intentionally violated Plaintiff's rights under the ADA.

45. As a result of the violations of her ADA rights, Plaintiff is entitled to equitable relief, including "make-whole" remedies and equitable monetary relief, to remedy and compensate for the effects of Defendant's unlawful actions.

46. As a result of Defendant's intentional violation of Plaintiff's ADA rights, she has suffered emotional distress, lost substantial wages, character and reputation damages, she has

suffered starvation and homelessness, she is unable to finish her Doctoral Degree, unable to start her organizations and companies using the Intellectual Property she made in school (i.e. unable to earn returns on Student Loan investments), suffered physical damages, and she is unable to start a family.

47. In its discriminatory and retaliatory actions as alleged above, Defendant acted with malice or reckless indifference to Plaintiff's rights, thereby entitling her to an award of punitive damages.

48. To remedy the violations of Plaintiff's rights secured by the ADA, Plaintiff requests that the Court award the relief prayed for below.

### PRAYER FOR RELIEF FOR ALL VIOLATIONS

WHEREFORE, Plaintiff respectfully request that this Court:

(a)   declare that Defendant's actions were in violation of the law;

(b)   award Plaintiff wages and other benefits she was denied as a result of Defendant's unlawful conduct;

(c)   award all students with Plaintiff's protected classes equal rights to education by demanding Defendant make policies that adhere to Civil and Federal Laws;

(d)   award Plaintiff compensatory damages;

(e)   award Plaintiff punitive damages;

(f)   award Plaintiff costs for medical treatments;

(g)   award Plaintiff reasonable attorneys' fees and costs (if any);

(h)   award Plaintiff prejudgment interest; and

(i)   award Plaintiff complete Student Loan forgiveness;

(j)   award Plaintiff tuition and fees for the remainder of her Graduate Degree;

    (k)    award Plaintiff complete clean credit score record without any history of Student Loans and negative credit scores;

    (l)    award all other such relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff requests a jury trial.

## THANK YOU SO MUCH!

**Plaintiff:**
**Rose Meacham**

**Date: 4-19-21**